**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAYMOND HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1622 |
| | ) | Judge Nora Barry Fischer |
| PITTSBURGH REGIONAL TRANSIT, | ) | Magistrate Judge Christopher B. Brown |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Christopher B. Brown on July 17, 2026, (Docket No. 20), recommending that the Motion for a More Definitive Statement Pursuant to Rule 12(e) and Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6), (Docket No. 12), filed by Defendant Pittsburgh Regional Transit be granted to the extent that it seeks a more definitive statement and that Plaintiff's Amended Complaint be dismissed, without prejudice but that leave to file a Second Amended Complaint be granted, and further directed that any objections to the Report and Recommendation be filed by July 31, 2026, neither party having filed objections as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's July 17, 2026 Report and Recommendation, (Docket No. 20),

IT IS HEREBY ORDERED that the Report and Recommendation [20] is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that Defendant's Motion [12] is GRANTED, in part and DENIED, in part. The Motion is granted to the extent that Defendant seeks a More Definitive

Statement of Plaintiff's claims and the Motion is denied, as moot, and without prejudice, to the extent that Defendant moves to dismiss for failure to state a claim under Rule 12(b)(6);

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [3] is DISMISSED, without prejudice;

IT IS FURTHER ORDERED that Plaintiff shall file a Second Amended Complaint and follow the instructions of the Magistrate Judge detailed in the Report and Recommendation and attachment thereto by **September 11, 2026**;

IT IS FURTHER ORDERED that the failure to timely file a Second Amended Complaint by the deadline may result in sanctions, including that the dismissal of this matter will be made with prejudice;

IT IS FURTHER ORDERED that this matter is remanded back to the Magistrate Judge for further pretrial proceedings.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

Raymond Hall (by email to: 2gift3d.rh@gmail.com)

U.S. Magistrate Judge Christopher B. Brown